IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 15-02309 WHA<br><br>**ORDER EXTENDING BRIEFING SCHEDULE AND CONTINUING HEARING** |

United Airlines, Inc., has moved to extend the briefing schedule on plaintiff's motion for class certification by one week (Dkt. No. 36). United avers that plaintiff does not oppose the proposed schedule. Defendant's opposition shall be due on **FEBRUARY 25**. Plaintiff's reply shall be due on **MARCH 3**. The hearing on plaintiff's motion is hereby **CONTINUED** to **MARCH 17 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE