IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHARLES E. WARD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. C 15-02309 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners.  The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming class certification motion.

Dated:  March 1, 2016.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE