IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. WARD, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED AIRLINES, INC., and DOES 1 through 50, inclusive,<br><br>    Defendants.<br>                                      / | No. C 15-02309 WHA<br><br>**ORDER APPROVING PROPOSED PLAN FOR DISSEMINATING CLASS NOTICE SUBJECT TO STATED CONDITIONS** |

      The Court has reviewed the parties' proposed plan for disseminating class notice except that the paragraph describing United's position on the lawuit shall be modified as follows:

> United denies all of Plaintiff's claims and contends, among other things, that Labor Code Section 226 does not apply to pilots and that United nonetheless complies with Labor Code Section 226. United also contends that federal statutes and the United States Constitution preempt the application of Labor Code Section 226 in this case. The Court has permitted United to file an early motion for summary judgment on its preemption theory. That motion will not be heard or decided until after the deadline to opt-out has passed. If it is granted, then it may prejudice the claims of all members of the class.

    **IT IS SO ORDERED.**

Dated: April 13, 2016.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE