**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. WARD, individually, and on behalf
of all others similarly situated,

      Plaintiff,

  v.

UNITED AIRLINES, INC.,

      Defendant.

No. C 15-02309 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of United Airlines, Inc., and against Charles E. Ward. The Clerk **SHALL CLOSE THE FILE**.

      **IT IS SO ORDERED.**

Dated:   June 19, 2016.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE