IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E. WARD, individually, and on behalf of all others similarly situated,

    Plaintiff,

  v.

UNITED AIRLINES, INC.,

    Defendant.

No. C 15-02309 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of United Airlines, Inc., and against Charles E. Ward. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE